655 A.2d 437

DISTRIBUTEC, INC., PETITIONER–APPELLANT, v. NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION AND ENERGY, DIVISION OF COASTAL RESOURCES, RESPONDENT–RESPONDENT, AND DELANCO LAND PARTNERSHIP AND THE TOWNSHIP OF DELANCO, INTERVENORS–RESPONDENTS.

Argued February 14, 1995—Decided March 22, 1995.

*Neil Yoskin* argued the cause for appellant (*Picco Mack Herbert,* attorneys).

*Kathe F. Mullally,* Deputy Attorney General, argued the cause for respondent New Jersey Department of Environmental Protection, etc. (*Deborah T. Poritz,* Attorney General of New Jersey, attorney; *Mary C. Jacobson,* Assistant Attorney General, of counsel).

*Arnold C. Lakind* argued the cause for Delanco Land Partnership (*Szaferman, Lakind, Blumstein, Watter & Blader,* attorneys).

*Nicholas J. Costa* argued the cause for Township of Delanco (*Costa & Vetra,* attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the opinion of the Appellate Division, reported at 274 *N.J.Super.* 1, 643 *A.*2d 11 (1994).

*For affirmance*—Chief Justice WILENTZ, and Justices HANDLER, POLLOCK, O'HERN, GARIBALDI, STEIN and COLEMAN—7.

*For reversal*—None.